UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

                    -against-                    15-cv-4290 (LAK)

PTG CAPITAL PARTNERS LTD, et al.,

                    Defendants.
------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-16-17

**MEMORANDUM AND ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The Securities and Exchange Commission (the "SEC" or the "Commission") here alleges that defendants Nedko Nedev, Strategic Capital Partners Muster Ltd. ("Strategic Capital"), and Strategic Wealth Investment, Inc. ("Strategic Wealth"), among others, engaged in coordinated attempts to fraudulently manipulate the prices of securities of three public traded issuers through filing false tender offers on the SEC's public database commonly known as EDGAR and by issuing a fraudulent press release. Strategic Capital and Strategic Wealth have appeared by counsel, although the matter is somewhat more complicated than that. *See* Tr., July 7, 2015. In any case, the Court now is in receipt of a letter, purportedly from a Stanislav Hristov, an attorney in Sofia, Bulgaria, who claims that he represents those two entities and seeks legal advice with respect to the possibility of modifying an asset freeze order so that the two companies could pay for US attorneys to represent them.

        The Court cannot properly render legal advice. As Mr. Hristov recognizes, he may

2

not represent the Strategic Companies in this Court. Accordingly, they should consult U.S. counsel with respect to the concerns that Mr. Hristov has raised.

The Clerk shall mail a copy of this memorandum and order to Mr. Hristov at the address listed in his letter.

SO ORDERED.

Dated:   November 16, 2017

_____
Lewis A. Kaplan
United States District Judge