From:
Stanislav Hristov, attorney-at-law
1 Geo Milev Str., block 3, floor 6, apt. 24
Sofia, Bulgaria, Postal code 1111
phone: +359 888 558 522 (time zone GMT+2)
email: stashristov@yahoo.com

Date: August 25, 2017

To the attention of:
Hon. Judge Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street, Room 2240
New York, NY 10007

RE: 1:15-cv-04290-LAK

**Dear Honorable Judge Kaplan,**

I am writing on behalf of my two clients: Strategic Capital Partners Master Limited and Strategic Wealth Investment Inc. I have been duly authorized by their manager Mrs. Kostadinka Velikova. I am an acting attorney-at-law at the Sofia Bar Association, Bulgaria. Please find attached herewith two power of attorneys signed by Mrs. Velikova.

We would like to receive up-to-date information (preferably by email) on the latest development of the above-mentioned civil case, in which both Companies are defendants. Mrs. Velikova is not a lawyer so she could not give me sufficient information about the case. I was told by her that as far as she is aware all assets of both Companies have been freezed under US law.
Please inform me whether there is any legal way to demand the partial lifting of the freezing of assets of both Companies, so that both Companies could pay for my services, for the services of the US attorney/s we intend to engage with it and any other legal expenses thereof. I believe I am not qualified to appear and plead before any US courts despite my earnest desire and intentions. I would imagine that I would not be accepted to represent and/or defend any of the two Companies in court even if I were present in New York.

Please, inform me whether the case is still in progress or it has been closed; whether there is any hearings scheduled (time and date of the hearings) in the near future, whether it is halted, dismissed, resolved, appealed etc.

1

I have recently tried to obtain a registration via the PACER website, but was unfortunately unsuccessful.

If there are any restrictions under the US Code of Conduct of lawyers, please accept my apologies for contacting you directly, and please provide my contact details to the respective court's administrator/secretary, so I can continue communicating with him/her.

While looking forward to your reply, I remain

Respectfully Yours,

Mr. Stanislav Hristov
Attorney-at-Law
Sofia, Bulgaria

| | |
|---|---|
| искания по делото, да получава преписи от съдебните актове пред всички инстанции и изпълнителен лист, както и с правото да подписва, подава и получава всякакви необходими документи в тази връзка. | make evidentiary claims during them, to obtain copies of all court's acts and documents, as well as with the right to sign, submit and receive all necessary documents (applications, appeals and other documents) thereof. |
| 2) да преупълномощава адвокати и адвокатски кантори по свой избор по горепосоченото дело, които имат компетенции да представляват и защитават правата и законните интереси на Дружеството пред горепосочения съд, както и всички останали съдилища на територията на град Ню Йорк и САЩ. | 2) to re-delegate and reassign to any competent attorney-at-law or law firm/s of his choice to act on behalf of the Company and defend its lawful interests in the above-mentioned civil case before the afore-mentioned U.S. District Court, Southern District of New York, as well as before all other courts on the territory of New Jork city and USA. |
| Настоящото пълномощно да се тълкува разширително, изцяло в полза на упълномощения. | The present power of attorney shall be interpreted broadly and entirely in favor of the attorney. |
| Настоящото пълномощно се състави и подписа на български и английски език, като в случай на различие в смисъла на двата текста, ще се прилага английският вариант. | The present power of attorney has been drafted and signed in bilingual form in both Bulgarian and English languages, and in case of any discrepancies between the two texts, the English version shall prevail. |

УПЪЛНОМОЩИТЕЛ / PRINCIPAL:

....................................................
Костадинка Великова / Kostadinka Velikova

EXTRA POSTAGE REQUIRED

Stanislav Hristov,
(attorney at law)
1 Geo Milev St
block 3, floor 6, apt. 24
Sofia – 1111
Bulgaria

Hon. Judge Lewis A. Kaplan
United States District Judge
United States Court House
500 Pearl St., Room 2240
New York
NY – 10007



JUDGE KAPLAN'S CHAMBERS
OCT 31 2017
RECEIVED

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; February 2014; All rights reserved.

**PRIORITY MAIL**

UNITED STATES POSTAL SERVICE®
Retail

US POSTAGE PAID
$6.65

Origin: 90720
Destination: 10007
0 Lb 2.40 Oz
Oct 26, 17
0545120040-08

1006

PRIORITY MAIL 2-Day®
C014

Expected Delivery Day: 10/28/2017

USPS TRACKING NUMBER

9505 5140 2091 7299 1183 18

FROM:
Stanislav Hristov
(attorney at law)
1 Geo Milev St
block 2, 1st floor 6, apt 24
Sofia - 1111
Bulgaria

TO: Hon. Judge
Lewis A Kaplan
US District Judge
US Court House
500 Pearl St, Rm 2240
New York
NY - 10007

RECEIVED
OCT 31 2017
JUDGE KAPLAN'S CHAMBERS

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM®