**From:**
Stanislav Hristov, attorney-at-law
1 Geo Milev Str., block 3, floor 6, apt. 24
Sofia, Bulgaria, Postal code 1111
phone: +359 888 558 522 (time zone GMT+2)
email: stashristov@yahoo.com

**Date:** December 22, 2017

MEMO ENDORSED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-29-18

**To the attention of:**
Hon. Judge Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street, Room 2240
New York, NY 10007

RE: **1:15-cv-04290-LAK**

**Dear Honorable Judge Kaplan,**

Thank you for your reply. I understand very well that I am not qualified to appear in any court in New York. The manager of both companies who authorized me to contact you wants to know if we can receive some money from the accounts of both Companies, so that we could pay for the services of the US attorney/s we intend to engage with the lawsuit that is currently pending before your court. After making a quick research I was convinced that the legal fees of law firms in New York in particular are very high. I was told by a fellow attorney, who is qualified to appear in New York courts, that for each company's representation the legal fees would range somewhere between $ 150,000 (one hundred and fifty thousand) and $ 200,000 (two hundred thousand) – that makes minimum of $ 300,000 (three hundred thousand). Mrs. Velikova does not have such money to pay for the attorney's fees and for the traveling and hotel for me for a week time in NY. Unfortunately, no attorney, let alone a law firm, is willing to take on the case and defend the two companies without being paid at least $ 200,000 (two hundred thousand) in advance.

*We are humbly requesting the release of some of the money (at least $200,000) so that we can employ at least 1 attorney to represent and defend the interests of both companies in court. Otherwise, the two companies will not be represented at all at the trial.*

Respectfully Yours,

Stanislav Hristov
Attorney-at-Law

*Stanislav Hristov*

The Clerk shall mail this to him. Denied without prej—

SO ORDERED

[signature] LEWIS A. KAPLAN, USDJ
1/29/18

① Mr. Hristov may not be heard on behalf of clients in this case, as he is not qualified.
② In any case, he has submitted [no] evidence [of] legal authority to justify his relief.

Stanislav Hristov
1 Geo Milev St
block 3, fl. 6, apt 24
Sofia — 1111
Bulgaria

RECEIVED
JAN 25 2018
JUDGE KAPLAN'S CHAMBERS

Hon. Judge Lewis Kaplan
United States District Judge
United States Courthouse
500 Pearl St, Rm. 2240
New York
NY — 10007

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
LOS ALAMITOS, CA
90720
JAN 23, 18
AMOUNT
**$24.70**
R2304M112078-02

1007 10007

ATTENTION DELIVERY PERSONNEL
SENDER HAS WAIVED SIGNATURE REQUIREMENT
PLEASE DELIVER PER DMM
EXPRESS MAIL
UNITED STATES POSTAL SERVICE

PRIORITY MAIL EXPRESS™

FASTEST SERVICE IN THE U.S.

SM P3
NY

USED INTERNATIONALLY, CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EMS

July 2013 OD: 12.5 x 9.5

0001000006

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

EM 050281365US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( )

Stanislav Hristov
1 Geo Milev St
block 3; fl. 6, apt 24
Sofia-1111
Bulgaria

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

Hon Judge Lewis A. Kaplan
US District Judge
US courthouse
500 Pearl St, Rm 2240
New York, NY - 10007

ZIP + 4® (U.S. ADDRESSES ONLY)

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 insurance included.

UNITED STATES POSTAL SERVICE® | PRIORITY ★ MAIL ★ EXPRESS™

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $ | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees | |
| Weight ☐ Flat Rate lbs. ozs. | Acceptance Employee Initials | $ | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| | | |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, OCTOBER 2016 PSN 7690-02-000-9996 3-ADDRESSEE COPY

UNITED STATES POSTAL SERVICE®

ORDER FREE SUPPLIES