# EXHIBIT 2



# REPUBLIC OF BULGARIA
## MINISTRY OF JUSTICE

Ref. № **99-C-442/15 from 22.12.2015**
/Please quote/

Your ref. № **15 CV 04290**
      **from 18.12.2015**

**David W. Snyder, Attorney**
**Securities and Exchange**
**Commission**
**1617 JFK Boulevard, Suite 520**
**Philadelphia, PA 19103**
**USA**

The Ministry of Justice of the Republic of Bulgaria presents its compliments to you and has the honour to inform you that your request for service of documents on STRATEGIC CAPITAL PARTNERS MUSTER LIMITED, sent under the *Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at the Hague*, has been received and duly forwarded to the authority competent for its execution.

**DIRECTOR**
**OF INTERNATIONAL LEGAL ASSISTANCE**
**AND EUROPEAN AFFAIRS:**

          **PETAR RASHKOV**

1040 Sofia, 1 Slavyanska Str.,
tel.: +359 2/ 92 37 544, fax: +359 2/ 980 92 22
www.justice.government.bg