# EXHIBIT 6

# The Registry of the Supreme Court



Old Administration Building, No. 84 Main Street
P.O. Box 418, Road Town, Tortola
British Virgin Islands, VG 1110

Email: supremecourt@gov.vg / commercialdivisionvi@gov.vg
Tel: (284) 468-5001 / (284) 468-3701 (ext.) 5001, 5153
Fax: (284) 468-4951

11th July 2016

David W. Snyder, Attorney
Securities and Exchange Commission
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
USA

Dear Sir/Madam:

**To Whom It May Concern:**

**Ref: Service of Foreign Judicial Process on Strategic Capital Partners Muster Limited – Vol. 106/5038**

Please find enclosed the original Certificate of Service along with a receipt for US $40.00 covering payment for Vol. 106/5038.

Yours faithfully,

..................................
Dep Registrar, Supreme Court

Encl.

*"to deal with cases justly"*
EASTERN CARIBBEAN SUPREME COURT

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☒ 1. that the document has been served*
   que la demande a été exécutée*

| — the (date) / le (date): | Monday 18th January 2016 at 11:35am |
| — at (place, street, number): à (localité, rue, numéro) : | CCS Trustees Limited, 263 Main Street, P.O. Box 2196, Road Town Tortola, BVI |

— in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☒ a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) in accordance with the following particular method*:
selon la forme particulière suivante* :
_____

☐ c) by delivery to the addressee, if he accepts it voluntarily*
par remise simple*

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| Identity and description of person: Identité et qualité de la personne : | Jermaine Fahie, General Manager, CCS Trustees Limited |
| Relationship to the addressee (family, business or other): Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | Registered Office of the addressee – Strategic Capital Partners Muster Limited |

☐ 2. that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants*:

_____

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Annexes** / Annexes

| Documents returned: Pièces renvoyées : | 1. Certificate - Vol. 106/5038 2. Documents requested to be served. |
| In appropriate cases, documents establishing the service: Le cas échéant, les documents justificatifs de l'exécution : | _____ |

* if appropriate / s'il y a lieu

| **Done at** / Fait à Registrar's Office, Road Town, Tortola, British Virgin Islands, **The** / le 11th July 2016 | **Signature and/or stamp** Signature et / ou cachet  Noni M. Georges Deputy Registrar (Com Div) for REGISTRAR |