# EXHIBIT 1



**OFFICE OF INTERNATIONAL AFFAIRS**

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
100 F STREET, N.E
WASHINGTON, DC 20549-1004

TELEPHONE: (202) 551-4526
TELECOPIER: (202) 772-9280

December 18, 2015

**VIA OVERNIGHT MAIL**

Ministry of Justice and European Legal Integration
1, Slavyanska str.
1040 SOFIA
Bulgaria

    Re:    U.S. Securities and Exchange Commission v. PTG Capital Partners LTD, et al.; No. 15-CV-4290 (LAK) (S.D.N.Y.); OIA Ref. 2015-02339-002

Dear Sir or Madam:

In accordance with the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Service Convention"), we request that your office, as the Central Authority for Bulgaria, effect service of process of the enclosed documents as soon as possible on **Nedko Nedev**. Under U.S. Federal Rules of Civil Procedure, Rules 4(c)(2) and 4(h)(2), the attorney/applicant is authorized to transmit this request for service under the Hague Service Convention.

Enclosed please find the following documents in connection with the above-referenced case: (1) form USM-94, Hague Service Convention Request for Service Abroad of Judicial or Extrajudicial Documents (one original in English, one copy in English); (2) Summons (two copies in English, two copies in Bulgarian); and (3) Complaint (two copies in English, two copies in Bulgarian).

**The documents are provided for the defendant, Nedko Nedev, 9 Taras Shevchenko, fl. 2 Sofia, Bulgaria, 1113.**

Please return the Form USM-94 Certificate of Service to David W. Snyder, Securities and Exchange Commission, 1617 JFK Boulevard, Suite 520, Philadelphia, PA, 19103, USA.

Ministry of Justice and European Legal Integration
December 18, 2015
Page 2 of 2

If you need any additional information, please feel free to contact me by telephone at 202-551-4526 or by E-mail at GreinerM@sec.gov.  Thank you for your assistance in this matter.

Sincerely,

Matthew B. Greiner
Branch Chief

Enclosures as noted

cc:     David W. Snyder, SEC Attorney (without enclosures)