# EXHIBIT 2



# REPUBLIC OF BULGARIA
## MINISTRY OF JUSTICE

Ref. № **99-C-441/15** from **22.12.2015**
/Please quote/

Your ref. № **15 CV 04290**
from **18.12.2015**

David W. Snyder, Attorney
Securities and Exchange
Commission
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
USA

The Ministry of Justice of the Republic of Bulgaria presents its compliments to you and has the honour to inform you that your request for service of documents on Nedko Nedev, sent under the *Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at the Hague*, has been received and duly forwarded to the authority competent for its execution.

**DIRECTOR
OF INTERNATIONAL LEGAL ASSISTANCE
AND EUROPEAN AFFAIRS:**

PETAR RASHKOV