# EXHIBIT 3



# REPUBLIC OF BULGARIA
## MINISTRY OF JUSTICE

Ref. № **99-C-441/15 from 04.10.2016**
/Please quote/

Your ref. № **2015-02339-002**
              **from 18.12.2015**

David W. Snyder, Attorney
Securities and Exchange
Commission
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
USA

**Re: Service of documents to Nedko Nedev**

**DEAR MR SNYDER ,**

The Ministry of Justice of the Republic of Bulgaria has the honour to return your letter of request, dated 20 October 2015, sent according to *the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at the Hague,* under case № 15-CV-4290 (LAK) of the United States District Court for the Southern district of New York and to inform you that it has been unsatisfied by reason of the facts stated in the enclosed documents.

The Ministry of Justice of the Republic of Bulgaria avails itself of this opportunity to renew to you the assurance of its highest consideration.

**DIRECTOR
OF INTERNATIONAL LEGAL ASSISTANCE
AND EUROPEAN AFFAIRS:**

PETAR RASHKOV