# EXHIBIT 5



# REPUBLIC OF BULGARIA
## MINISTRY OF JUSTICE

Ref. № **99-C-268/17** from 21.09.2017
/Please quote/
Your ref. №

26. 09. 2017

David W. Snyder, Attorney
Securities and Exchange Commission
(„SEC")
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
USA

Dear Mr. Snyder,

The Ministry of Justice of the Republic of Bulgaria presents its compliments to you and has the honour to inform you that your request for service of documents to **Nedko Nedev**, dated 05 September 2017, sent according to the *Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at the Hague*, under case № 15-cv-0429 of the United States District Court Southern District of New York, has been received and duly forwarded to the authority competent for its execution.

DIRECTOR
OF INTERNATIONAL LEGAL ASSISTANCE
AND EUROPEAN AFFAIRS:

BILYANA BELYAKOVA