# EXHIBIT 6

# REPUBLIC OF BULGARIA

## MINISTRY OF JUSTICE

Ref. № 99-C-268/17 from 23.11.2017
(Please quote)

30 -11- 2017

Your ref. №

David W. Snyder, Attorney
Securities and Exchange Commission („SEC")
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
USA

Re: Service of documents to Nedko Nedev

DEAR MR. SNYDER,

The Ministry of Justice of the Republic of Bulgaria has the honour to return your request from 05 September 2017, sent according to *the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at the Hague*, concerning to the service of documents by case № 15-cv-0429 of the United States District Court for the Southern District of New York, and to inform you that it has been unsatisfied by reason of the facts stated in the enclosed documents.

The Ministry of Justice of the Republic of Bulgaria avails itself of this opportunity to renew to you the assurance of its highest consideration.

Enclosure: As stated.

**DIRECTOR
OF INTERNATIONAL LEGAL COOPERATION
AND EUROPEAN AFFAIRS:**

BILYANA BELYAKOVA

1040 Sofia, Slavyanska Str.,
tel.: +359 2/ 92 37 576, fax: +359 2/ 980 92 22
www.justice.government.bg