# EXHIBIT 7

II.   **Questions for Contracting States**

A.   **"Service Section" of the HCCH website**

4)   On the "Service Section" of the HCCH website, the Permanent Bureau currently provides practical information for each Contracting State that was mainly obtained from the responses to the 2003 Questionnaire accompanying the provisional version of the new edition of the Practical Handbook on the operation of the Service Convention (2003 Service Questionnaire). This practical information, which is presented in form of a chart, consists of the following:

   1)   Contact details of each of the Central Authorities (Arts 2 and 18)
   2)   Forwarding authorities (Art. 3(1))
   3)   Methods of service (Art. 5(1) and (2))
   4)   Translation requirements (Art. 5(3))
   5)   Costs relating to the execution of the request for service (Art. 12)
   6)   Time for the execution of a request
   7)   Judicial officers, officials and other competent persons (Art. 10 *b)* and *c)*)
   8)   Oppositions and declarations (Art. 21(2), in particular with respect to Arts 8(2), 10 *a)*, *b)* and *c)*, 15(2) and 16(3))
   9)   Derogatory channels (bilateral or multilateral agreements or domestic law permitting other transmission channels (Arts 11, 19, 24 and 25)
   10)  Useful links

The Permanent Bureau invites your State to peruse the "Service Section" and to verify if all the information contained in the practical information chart for your State is (still) correct or if it needs to be updated, amended or supplemented. **The States that currently do not have a chart of practical information on the "Service Section" are kindly invited to submit this information to the Permanent Bureau.**

**The information contained in the practical information chart for Bulgaria is correct and it needn't to be updated and supplemented.**

5)   Would your State consider that the information provided on the "Service Section" of the HCCH website is:

   [**X**]   Very useful
   [  ]   Useful – would you have any suggestions for improvement?

   [  ]   Not useful – would you have any suggestions for improvement?

B.   **Contact details for designated Authorities**

6)   Please check the contact information as contained on the HCCH website with regards to the ***Central Authority(ies)*** designated by your State (Arts 2 and 18(3)). If one of the following categories of information is missing then please provide it below (please provide both a postal address and a street address, if these are not identical):

**Bulgaria**

*For follow-up purposes*
Name of contact person:        **Nadejda Todorova; Krasimir Voinov**
Name of Authority / Office**: Ministry of Justice**
Telephone number:              ***00359 (2) 9237 416***
                               ***00359 (2) 9237 544;***
                               ***Authority in the fax number: 00359 (2) 980 92 22 .***

| | |
|---|---|
| Name of Authority: | **Ministry of Justice** |
| Address: | **1, str. Slavianska; 1040 Sofia; Bulgaria** |
| Telephone: | *00359 (2) 9237 416* |
| | *00359 (2) 9237 544;* |
| Fax: | *00359 (2) 980 92 22; 00359(2) 980 92 23* |
| E-mail: | |
| Website: | |
| Language(s) of communication: | **English and French** |
| Name of contact person: | **Nadejda Todorova;** |
| | **Krasimir Voinov** |

If your State is a federal State that has designated several Central Authorities under Article 18(3) and one of the above categories is missing for more than one Central Authority designated, please provide separate details for each of those Central Authorities (copy and paste if necessary – also, please provide both a postal address and a street address, if these are not identical):

Name of Authority:
Address:
Telephone:
Fax:
E-mail:
Website:
Language(s) of communication:
Name of contact person:

7) Please also verify the contact information as contained on the HCCH website with regards to the following authorities in your State, *if applicable*. If one of the following categories of information is missing then please provide it below (please provide both a postal address and a street address, if these are not identical):

   a. **Other Authorities** that may have been designated in addition to the Central Authority (Art. 18(1)):

   *No Other Authorities that have been designated in addition to the Central Authority (Art. 18(1)*

   Name of Authority:
   Address:
   Telephone:
   Fax:
   E-mail:
   Website:
   Language(s) of communication:
   Name of contact person:

   b. An **Authority** that may have been designated instead of the Central Authority to complete the Certificate in the form of the model annexed to the Service Convention (Art. 6(1)):

   Name of Authority:
   Address:
   Telephone:
   Fax:
   E-mail:
   Website:
   Language(s) of communication:
   Name of contact person:

**District courts in Bulgaria are designated as competent authorities with declaration contained in the Bulgarian Law of ratification, adopted by the 38th National Assembly on 8.09.1999 - SG No. 83/21.09.1999, issued by the Ministry of Justice, promulgated, SG No. 65/8.08.2000, effective since 31.07.2000 to complete the certificate in the form of the model annexed to the Service Convention (Art.6(1)**

   c. The Competent Authority that receives documents transmitted by indirect diplomatic or consular channels (Art. 9(1)):

   Name of Authority:     **Ministry of Justice**
   Address:               **1, str. Slavianska; 1040 Sofia; Bulgaria**

   Telephone:             **00359 (2) 9237 416**

14) The Permanent Bureau invites States Parties to forward a list of references of articles or books in connection with the Service Convention that do not already appear on the bibliography tab of the HCCH website or in the Service Handbook.

15) The Permanent Bureau invites States Parties to forward a citation for and / or a copy of the domestic legislation which implemented the Service Convention in their territory(ies), as well as any citations for and / or copies of any domestic laws which provide for the service of documents abroad.

*Bulgarian Law of ratification of the Convention, adopted by the 38th National Assembly on 8.09.1999 - SG No. 83/21.09.1999, issued by the Ministry of Justice, promulgated, SG No. 65/8.08.2000 contains Declarations relating to articles 5, 8, 10, 15, 16 of the Convention, as follows:*

*Text of the declarations:*

*Declaration on Article 5, paragraph 3 The Republic of Bulgaria requires the document, which is to be served, to be written in or accompanied by a translation into the Bulgarian language.*

*Declaration on Article 8, paragraph 2 The Republic of Bulgaria declares that within Bulgarian territory foreign diplomatic and consular agents may effect service of judicial and extrajudicial documents only upon nationals of the State which they represent.*

*Declaration on Article 10 The Republic of Bulgaria objects to the use of the channels of transmission for service mentioned in Article 10 of the Convention.*

*Declaration on Article 15, paragraph 2 The judge gives judgment provided that all certificates under Article 15, paragraph 2, are available.*

*Declaration on Article 16, paragraph 3 The Republic of Bulgaria will not accept applications for relief concerning judgments under paragraph 1 of this article after the expiration of one year following the date of the judgment.*

*The Bulgarian Code of civil procedure also provides for the service of documents abroad. – (see answer to question 8)*

16) The Permanent Bureau invites States Parties to forward a list of any other bilateral treaties and / or international instruments to which they are a party and that provide rules for the service of documents abroad. In particular, States Parties are invited to identify those treaties that allow for direct judicial communication (see Art. 11 *in fine* of the Service Convention).

**F.    Service Handbook**

17) In 2006 during the Special Commission on General Affairs and Policy of the HCCH (now referred to as the "Council on General Affairs and Policy"), the Permanent Bureau distributed free copies of the Service Handbook to the heads of all delegations in attendance. Subsequently, the Permanent Bureau also sent free copies of the Service Handbook to the National Organs of Member States of the HCCH (in most instances for them to be passed on to the Central Authorities designated by their States), and the Central Authorities of non-Member Contracting States to the Service Convention. Additional copies of the Service Handbook may be ordered via the "Service Section" of the HCCH website (< www.hcch.net >).

**D.   Article 10 *a*) – Postal Channel**

41) If your State has opposed "the freedom to send judicial documents, by postal channels, directly to persons abroad" (Art. 10 *a*)), please indicate:

   a.   the reason(s) that motivated this opposition: ***The language difficulties for Bulgarian citizens; The international rogatory commission are executed only by Bulgarian district court according the Regulation for the administration in the district, regional, military and appeal courts. By this way the rights of the Bulgarian citizens and the foreign requesting parties are better prevented.***

   b.   whether your State uses this channel of transmission to send judicial documents abroad for service by mail despite having filed an opposition under Article 10 *a*) (see paras 206-210 of the Service Handbook):
   [ **x** ]   NO
   [   ]   YES – please explain:

   *Please go to Question 45).*

42) Has the interpretation and application of Article 10 *a*) given rise to any difficulties in your State?
   [   ]   YES – please specify / comment:

   [   ]   NO

43) If possible, please comment upon how frequently judicial documents are sent for service upon persons abroad, by parties in your State, via postal channels:

44) In Conclusion and Recommendation No 56, the 2003 Special Commission concluded that for the purposes of Article 10 *a*), the use of a private courier was the equivalent of using the postal channel under the Service Convention.

   a.   Does the law of your State, as a State of origin, allow for private courier services to be used under Article 10 *a*), *i.e.*, are judicial documents sent from your State for service abroad via private courier services:
   [   ]   YES
   [   ]   NO – why not?

   b.   Does the law of your State, as a State of destination, allow for private courier services to be used under Article 10 *a*), *i.e.*, are judicial documents received from abroad and served within your State by private courier services:
   [   ]   YES
   [   ]   NO – why not?

**E.   Article 10 *b*) – Judicial Officers, Officials or Other Competent Persons**

45) If your State has opposed "the freedom of judicial officers, officials or other competent persons of the State of origin to effect service of judicial documents directly through the judicial officers, officials or other competent persons of the State of destination" (Art. 10 *b*)), please indicate the reason(s) that motivated this opposition: ***The rights of the  Bulgarian citizens and the foreign requesting***