UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>PTG CAPITAL PARTNERS LTD, et al.,<br><br>　　　　　　　Defendants. | 15-CV-04290 (LAK) |

**NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT PTG CAPITAL PARTNERS LTD, WITHOUT PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Securities and Exchange Commission voluntarily dismisses its claims against defendant PTG Capital Partners LTD, without prejudice, in this matter.

Dated:  February 28, 2020

Respectfully Submitted,

s/ Christopher R. Kelly
Christopher R. Kelly
David W. Snyder*

Attorneys for Plaintiff
U.S. Securities and Exchange Commission
Philadelphia Regional Office
1617 JFK Boulevard, Suite 520
Philadelphia, PA  19103
(215) 597-3100
KellyCR@sec.gov

*Admitted Pro Hac Vice

**Of Counsel**

Joseph Sansone
Jennifer Chun Barry (not admitted in the S.D.N.Y.)