UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>PTG CAPITAL PARTNERS LTD, et al.,<br><br>　　　　　　Defendants. | 15-CV-04290 (LAK) |

**NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT PST CAPITAL GROUP LTD, WITHOUT PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Securities and Exchange Commission voluntarily dismisses its claims against defendant PST Capital Group LTD, without prejudice, in this matter.

Dated:  February 28, 2020　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　s/ Christopher R. Kelly
　　　　　　　　　　　　　　　　　　　Christopher R. Kelly
　　　　　　　　　　　　　　　　　　　David W. Snyder*

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　U.S. Securities and Exchange Commission
　　　　　　　　　　　　　　　　　　　Philadelphia Regional Office
　　　　　　　　　　　　　　　　　　　1617 JFK Boulevard, Suite 520
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　　(215) 597-3100
　　　　　　　　　　　　　　　　　　　KellyCR@sec.gov

　　　　　　　　　　　　　　　　　　　*Admitted Pro Hac Vice

**Of Counsel**

Joseph Sansone
Jennifer Chun Barry (not admitted in the S.D.N.Y.)