USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-2-2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FEB 2 8 2020

JUDGE KAPLAN'S CHAMBERS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PTG CAPITAL PARTNERS LTD, et al.,<br><br>Defendants. | 15-cv-04290 (LAK) |

## FINAL JUDGMENT AS TO DEFENDANT
## STRATEGIC CAPITAL PARTNERS MUSTER LIMITED

The Securities and Exchange Commission having filed a Complaint and Defendant

Strategic Capital Partners Muster Limited having entered a general appearance; consented to the

Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of

this Final Judgment without admitting or denying the allegations of the Complaint (except as to

jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal

from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is

permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the

Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5

promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of

1

interstate commerce, or of the mails, or of any facility of any national securities exchange, in
connection with the purchase or sale of any security:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to make any untrue statement of a material fact or to omit to state a material fact
           necessary in order to make the statements made, in the light of the circumstances
           under which they were made, not misleading; or

    (c)    to engage in any act, practice, or course of business which operates or would
           operate as a fraud or deceit upon any person.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in

Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who
receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant's
officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or
participation with Defendant or with anyone described in (a).

II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant
is permanently restrained and enjoined from violating Section 17(a) of the Securities Act of 1933
(the "Securities Act") [15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any
means or instruments of transportation or communication in interstate commerce or by use of the
mails, directly or indirectly:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to obtain money or property by means of any untrue statement of a material fact
           or any omission of a material fact necessary in order to make the statements

2

made, in light of the circumstances under which they were made, not misleading; or

(c)     to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

## III.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is permanently restrained and enjoined from violating Section 14(e) of the Exchange Act [15 U.S.C. § 78n(e)] and Rule 14e-8 [17 C.F.R. § 240.14e-8] promulgated thereunder, in connection with any tender offer or request or invitation for tenders, from engaging in any fraudulent, deceptive, or manipulative act or practice, by publicly announcing plans to make a tender offer that has not yet been commenced:

> (a)     without the intention to commence the offer within a reasonable time and complete the offer;
>
> (b)     intending, directly or indirectly, for the announcement to manipulate the market price of the stock of the bidder or subject company; or
>
> (c)     without the reasonable belief that Defendant (or a party on whose behalf Defendant is acting) will have the means to purchase securities to complete the offer.

3

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in

Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who

receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant's

officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or

participation with Defendant or with anyone described in (a).

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is

liable for disgorgement of $28,079, representing profits gained as a result of the conduct alleged

in the Complaint, together with prejudgment interest thereon in the amount of $716.59, and a

civil penalty in the amount of $500,000 pursuant to Section 20(d) of the Securities Act [15

U.S.C. § 77t(d)] and Section 21(d) of the Exchange Act [15 U.S.C. § 78u(d)]. The Commission

may enforce the Court's judgment for disgorgement and prejudgment interest by moving for

civil contempt (and/or through other collection procedures authorized by law) at any time after

30 days following entry of this Final Judgment. Defendant shall pay post judgment interest on

any delinquent amounts pursuant to 28 U.S.C. § 1961.

V.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that within 3 days after

being served with a copy of this Final Judgment, **Interactive Brokers LLC ("Interactive**

**Brokers")** shall transfer $528,795.59 in cash from the following **Interactive Brokers** accounts,

which were frozen pursuant to an Order of this Court, to the Commission:

| **Account Owner** | **Acct. Ending in:** |
|---|---|
| **Strategic Capital Partners Muster Limited** | *6526 |
| **Strategic Capital Partners Muster Limited** | *6526F |

4

(hereinafter, the "Strategic Capital Accounts"). **Interactive Brokers** may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. **Interactive Brokers** also may transfer these funds by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; and specifying that payment is made pursuant to this Final Judgment.

VI.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that within 7 days after transferring \$528,795.59 in cash from the Strategic Capital Accounts to the Commission, **Interactive Brokers** shall liquidate, sell, and/or convert to cash all of the securities in the Strategic Capital Account and transfer the remaining cash balance of the Strategic Capital Accounts to Kushner Law Group, PLLC, c/o Michael P. Kushner, Esq. **Interactive Brokers** may transmit payment electronically to the Kushner Law Group, PLLC, which will provide detailed ACH transfer/Fedwire instructions upon request. **Interactive Brokers** also may transfer these funds by certified check, bank cashier's check, or United States postal money order payable to Kushner Law Group, PLLC, which shall be delivered or mailed to

5

Kushner Law Group, PLLC
c/o Michael P. Kushner, Esq.
16 Court Street, 36th Floor
Brooklyn, NY 11241.

VII.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is

incorporated herein with the same force and effect as if fully set forth herein, and that Defendant

shall comply with all of the undertakings and agreements set forth therein.

VIII.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain

jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

IX.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil

Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated:    March 2, 2020

Lewis A. Kaplan
United States District Judge

6